```
                FILED              RECEIVED
                ENTERED            SERVED ON
                          COUNSEL/PARTIES OF RECORD

                    OCT 2 5 2016

               CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
           BY:                            DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-083-JCM-(NJK) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| WILLIE JAMES MONTGOMERY, a.k.a. "James Montgomery", a.k.a. "Willie James", | |
| Defendant. | |

This Court finds that defendant Willie James Montgomery, a.k.a. "James Montgomery", a.k.a. "Willie James", pled guilty to Count One of a Twenty-Five Count Criminal Indictment charging him with Conspiracy to Commit Wire or Mail Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Willie James Montgomery, a.k.a. "James Montgomery", a.k.a. "Willie James", agreed to the imposition of the in personam criminal forfeiture money judgment of $1,175,670.21 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment, to be held jointly and severally liable with any codefendants. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341 and 1343, specified unlawful activities as defined in Title 18, United States

1  Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349,
2  conspiracy to commit such offenses and (2) any real or personal property constituting, derived
3  from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of
4  Title 18, United States Code, Sections 1341 and 1343, or of Title 18, United States Code, Section
5  1349, conspiracy to commit such offenses, and is subject to forfeiture pursuant to Title 18,
6  United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c);
7  Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section
8  853(p).

9      This Court finds that Willie James Montgomery, a.k.a. "James Montgomery", a.k.a.
10 "Willie James", shall pay an in personam criminal forfeiture money judgment of $1,175,670.21
11 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United
12 States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18,
13 United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

14     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
15 United States recover from Willie James Montgomery, a.k.a. "James Montgomery", a.k.a.
16 "Willie James", an in personam criminal forfeiture money judgment of $1,175,670.21.

17     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
18 of this Order to all counsel of record and three certified copies to the United States Attorney's
19 Office, Attention Asset Forfeiture Unit.

20     DATED this 26th day of Oct_____, 2016.

_____
UNITED STATES DISTRICT JUDGE

2