Law Offices of Shawn R. Perez
**SHAWN R. PEREZ, ESQ**.
NV State Bar No. 10421
626 South Third Street
Las Vegas, NV 89101
(702) 485-3977
shawn711@msn.com
Attorney for Defendant
Willie James Montgomery

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-00083-JCM-NJK |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING DATE (FIRST REQUEST) |
| WILLIE JAMES MONTGOMERY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and counsel for defendant WILLIE JAMES MONTGOMERY, Shawn Perez, Esq., that good cause exists to continue the sentencing in this matter currently set for January 26, 2017 to a date beyond April 3, 2017.

Good cause exists to extend the time for Sentencing.

Co-defendant Reginald Lowe passed away suddenly on or about January 14, 2017. Montgomery and Lowe were close friends and Montgomery has been asked to assist the family with some local matters on their behalf.

It is Montgomery's concern that should his sentencing go forth on January 26, 2017, that he will be unable to complete those matters before being sent to his designated facility.

1

In addition, the reason for the extended continuance is that Counsel for Montgomery is scheduled to commence a nine-week trial on February 6, 2017, in <u>United States vs. Richard Lovelien</u>, 16-cr-00046 (the "Bundy Case"). Judge Navarro has requested that the trial continue uninterrupted. As a result, the requested continuance should be outside the time frame for the conclusion of that trial.

The Defendant has requested this continuance.

The United States Attorney's Office does not object to this continuance.

The additional time requested herein is not sought for purposes of delay.

This is the first request to continue the Sentencing filed herein.

DATED this 19th day of January, 2017.


DANIEL G. BOGDEN
United States Attorney

/s/ J. Patrick Burns

By: _____
J. PATRICK BURNS
Assistant United States Attorney


/s/ Shawn R. Perez

_____
SHAWN R. PEREZ, ESQ.
Attorney for Defendant

Law Offices of Shawn R. Perez
**SHAWN R. PEREZ, ESQ**.
NV State Bar No. 10421
626 South Third Street
Las Vegas, NV 89101
(702) 485-3977
(702) 442-7095
shawn711@msn.com
Attorney for Defendant (CJA)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  16-cr-00083-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER ON STIPULATION TO CONTINUE SENTENCING DATE |
| WILLIE JAMES MONTGOMERY, | |
| Defendant. | |

Based on the representations by counsel and stipulation of counsel, good cause appearing therefore, the Court finds that:

1. The parties agree to the continuance.
2. The defendant has requested this continuance.
3. Good cause exists to extend the time for Sentencing.
4. The additional time requested herein is not sought for purposes of delay.
5. This is the first request to continue the date set for the sentencing hearing date filed herein.

///

///

///

**ORDER**

IT IS ORDERED, that the Sentencing Hearing set for January 26, 2017, be vacated and reset to **April 10, 2017 at 10:00 a.m.**

**IT IS SO ORDERED.**

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
DATED: January 20, 2017

4