1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIE JAMES MONTGOMERY, )<br>)<br>Defendant. )<br>) | Case No. 2:16-cr-00083-JCM-NJK<br><br>ORDER<br><br>(Docket No. 92) |

   Pending before the Court is Defendant's motion to remove appointed counsel and appoint new counsel. Docket No. 92. The Court hereby **SETS** a hearing on the motion for March 13, 2017, at 1:00 p.m. in Courtroom 3C. Defendant and counsel must be present.

   IT IS SO ORDERED.

   DATED:   March 1, 2017.

                _____
             NANCY J. KOPPE
             United States Magistrate Judge