# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:16-cr-00083-JCM-NJK |
| vs. | ORDER |
| WILLIE JAMES MONTGOMERY, | (Docket No. 94) |
| Defendant. | |

On March 1, 2017, the Court set a hearing for March 13, 2017, on Defendant's motion to remove appointed counsel and appoint new counsel. Docket No. 93. Defense counsel has filed an unopposed motion to continue the hearing. Docket No. 94.

For good cause shown, it is hereby ordered that the motion to continue, Docket No. 94, is GRANTED. The hearing on Defendant's motion to remove appointed counsel and appoint new counsel is therefore CONTINUED to March 17, 2017, at 10:00 a.m. in courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: March 3, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge