FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 17 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-083-JCM-(NJK) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| WILLIE JAMES MONTGOMERY, a.k.a. "James Montgomery", a.k.a. "Willie James", | |
| Defendant. | |

This Court found that Willie James Montgomery, a.k.a. "James Montgomery", a.k.a. "Willie James", shall pay the in personam criminal forfeiture money judgment of $1,175,670.21, held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 71; Plea Agreement, ECF No. 74; Preliminary Order of Forfeiture, ECF No. 75.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Willie James Montgomery, a.k.a. "James Montgomery", a.k.a. "Willie James", the in personam criminal forfeiture money judgment of $1,175,670.21 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 18 day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE