# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00083-JCM-NJK-2 |
| Plaintiff-Appellee, | |
| vs. | 17-10172 |
| WILLIE JAMES MONTGOMERY, | |
| Defendant-Appellant. | **ORDER** |

Pursuant to the order filed May 18, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HEREBY ORDERED that Mario D. Valencia is appointed to represent Willie James Montgomery for this appeal. Mr. Valencia's address is 1055 Whitney Ranch Dr., Suite 220, Henderson, NV 89014 and his phone number is 702-940-2222.

Former counsel, Shawn R. Perez's office is directed to forward the file to Mr. Valencia forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED May 25, 2017.
Nunc Pro Tunc Date: May 24, 2017

_____
UNITED STATES DISTRICT JUDGE