IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | ) | Case No. 2:16-cr-83-JCM-NJK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TEMPORARILY UNSEALING** |
| vs. | ) | **TRANSCRIPT** |
| WILLIE JAMES MONTGOMERY, | ) | |
| Defendant. | ) | |

On June 28, 2017, Katherine Eismann, Official Court Reporter, received a Transcript Order from Mario D. Valencia, counsel for defendant, requesting a transcript of the sealed hearing March 17, 2017, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 7th day of July 2017.

JAMES C. MAHAN
U.S. District Court Judge